# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAYLEY SKINNER, a minor, by and through her next friend and natural parent, CHRISTOPHER E. SKINNER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No.  2:12-cv-01730-JCM-GWF <br><br> **ORDER** <br><br> Ex Parte Application for Enlargement of Time to Serve Defendants (#13, #14) |

These matters come before the Court on Plaintiff's Motions for Enlargement of Time to Serve Defendants Latasha Anderson (#13) and Lafayette Clark (#14), filed on January 30, 2013. Plaintiff filed her Complaint (#1) on October 2, 2012, and alleges an assault occurred on a Clark County School District ("CCSD") school bus.  Proof of service was due January 31, 2013.  Under Federal Rule of Civil Procedure 4(m), courts may grant an extension of time for service upon a showing of good cause.  Plaintiff represents that despite diligent effort, she has been unable to effectuate service on Anderson and Clark, in part because they have been fired by CCSD.  The Court finds that Plaintiff establishes good cause for an extension.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Enlargement of Time to Serve Latasha Anderson (#13) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 30, 2013** to file proof of service as to Defendant Latasha Anderson.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Enlargement of Time to Serve Lafayette Clark (#14) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 30, 2013** to file proof of service as to Defendant Lafayette Clark.

DATED this 1st day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge