LEWIS GAZDA, ESQ.
Nevada Bar No. 4269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
GAZDA & TADAYON
2600 S. Rainbow Blvd., Suite 200
Las Vegas, NV  89146
(702) 220-7128
FAX:  (702) 220-7152
lewisjgazda@gmail.com
atadayon@hotmail.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HAYLEY SKINNER a minor, by and through her next friend and natural parent, CHRISTOPHER E. SKINNER, Jr.<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; LATASHA ANDERSON; LAFAYETTE CLARK; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive,<br><br>Defendants. | CASE NO.:  2:12-cv-01730-JCM-NJK |

## VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

COMES NOW Plaintiff, HALEY SKINNER, a minor, by and through her next friend and natural parent, CHRISTOPHER E. SKINNER, Jr. and through her counsel of record, Lewis J. Gazda, Esq., of the law firm of GAZDA & TADAYON, and voluntarily dismisses

without prejudice her lawsuit against LATASHA ANDERSON and LAFAYETTE CLARK filed in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA.

DATED this 1st day of May, 2013.

GAZDA & TADAYON

By: _/s/ Susan Winters (for)_
LEWIS GAZDA, ESQ.
Nevada Bar No. 4269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
2600 S. Rainbow Blvd., Suite 200
Las Vegas, Nevada 89146
(702) 220-7128
Attorneys for Plaintiff
HALEY SKINNER, a minor, by and
through her next friend and natural parent,
CHRISTOPHER E. SKINNER, Jr.

**IT IS SO ORDERED.**

DATED May 8, 2013.

_/s/ James C. Mahan_
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of May, 2013, I mailed a true and correct copy of Plaintiff, HALEY SKINNER, a minor, by and through her next friend and natural parent, CHRISTOPHER E. SKINNER, Jr.'s VOLUNTARY DISMISSAL WITHOUT PREJUDICE of the above-captioned litigation in a sealed envelope, first class postage fully prepaid, addressed to the following at the following address(es):

Mark E. Ferrario, Esq.
Kara B. Hendricks, Esq.
Moorea Katz, Esq.
Greenberg Traurig, LLP
Las Vegas, NV  89144-0595
Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

*Kaye H. Hewick*
An Employee of GAZDA & TADAYON